# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMMON LEE WILCOX,<br><br>Defendant. | **ORDER TO CONTINUE JURY TRIAL**<br><br>Case No. 2:13 CR 717 TS<br><br>Honorable Ted Stewart |

Based upon the motion to continue filed by the defendant, Simmon Lee Wilcox, stipulation of the Government, and good cause appearing, the Court makes the following findings:

1. The discovery in this matter is voluminous, and additional time is needed to review all of the discovery material.

2. This is the first request for a continuance.

3. Special Assistant United States Attorney Vernon Stejskal has been contacted regarding this motion and he does not oppose the requested continuance.

4. Mr. Wilcox is not detained. He agrees with the need for the continuance and waives his right to a speedy trial.

5. The delay resulting from the requested continuance is excludable under the Speedy Trial Act, because the failure to grant the continuance would deny counsel for the

Government and for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the foregoing findings, and good cause appearing, it is hereby **ORDERED**:

The 5-day jury trial scheduled to begin on February 10, 2014, is continued to the 30th day of June, 2014, at 8:30 a.m. Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time between the date of this Order and the new trial date set forth above is excluded from speedy trial computation for good cause.

DATED this 27th day of January, 2014.

BY THE COURT:

_____
HONORABLE TED STEWART
United States District Court Judge